<table>
<tr><td>DISTRICT COURT, BOULDER COUNTY,<br>STATE OF COLORADO<br><br><u>Court Address:</u><br>1777 6th Street<br>Boulder, CO 80302<br><br>PLAINTIFF: JANICE SATTLER,<br><br>v.<br><br>DEFENDANTS: TARGET CORPORATION and GKT THORNCREEK PLAZA, LLC.</td><td>DATE FILED<br>October 2, 2024 1:32 PM<br>FILING ID: 6488F3699AD7B<br>CASE NUMBER: 2024CV30829<br><br>▲COURT USE ONLY▲</td></tr>
<tr><td>Attorney for Plaintiff:<br>Phillip T. Reither, #51618<br>RAMOS LAW<br>10190 Bannock Street, Suite 200<br>Northglenn, CO 80260<br>Phone Number: (720) 603-1257<br>Fax Number: (303) 865-5666<br>E-Mail: phillip@ramoslaw.com</td><td>Case Number:<br><br>Division:</td></tr>
<tr><td colspan="2">COMPLAINT AND JURY DEMAND</td></tr>
</table>

**COMES NOW** Plaintiff, Janice Sattler, by and through counsel, RAMOS LAW, and for her Complaint and Jury Demand, states and alleges as follows:

## PARTIES

1. At all times relevant to this action, Plaintiff, Janice Sattler (hereinafter "Plaintiff"), resided in the State of Colorado.

2. Upon information and belief, Defendant, Target Corporation (hereinafter "Defendant Target"), was and is principally located in the State of Minnesota and authorized to do business in the State of Colorado. Defendant Target may be served at CT Corporation System, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112.

3. Upon information and belief, Defendant, GKT Thorncreek Plaza, LLC (hereinafter, "Defendant GKT"), was and is principally located in the State of Missouri and authorized to do business in the State of Colorado. Defendant GKT may be served at 1000 Chopper Circle, Denver, CO 80204.

## JURISDICTION AND VENUE

4. Plaintiff restates and realleges the allegations set forth in paragraphs 1-3 as though

**EXHIBIT A**

fully set forth herein.

5. Personal and Subject Matter Jurisdiction are proper in this Honorable Court pursuant to CRS §13-11-124(1), as Plaintiff was injured on Defendants' property located in Thornton, Colorado.

6. Venue in Boulder County is proper pursuant to C.R.C.P Rule 98(c)(1), as both Defendants are foreign business entities.

## GENERAL ALLEGATIONS

7. Plaintiff restates and realleges the allegations set forth in paragraphs 1-6 as though fully set forth herein.

8. The incident giving rise to this action occurred at or near 1001 East 120th Avenue in Thornton, Colorado ("Property", hereinafter).

9. On or about November 30, 2022, Plaintiff was on the Property as a customer of Defendant Target.

10. At all times relevant, the Property was a commercial property open to the public.

11. Upon information and belief, Defendant GKT is the legal owner of the Property and has owned the Property since 2018.

12. Upon information and belief, Defendant Target leases a building on the Property for the purpose of operating a retail store open to the public.

13. A short time prior to the incident described herein, Plaintiff parked her vehicle in a handicapped space located under a canopy located directly in front of Defendant Target's store.

14. Just before 3 PM on the date of the incident, Plaintiff exited her vehicle and slipped and fell on an accumulation of snow and/or ice on the parking lot surface.

15. As a result of the fall, Plaintiff sustained serious and/or permanent injuries and has incurred economic and non-economic loss, including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, impairment to future earning capacity, past and future pain and suffering, emotional injury, loss of consortium and loss of enjoyment of life.

16. At all times the material hereto, Defendants were negligent in that they allowed a dangerous condition to remain on property they owned, or which they controlled or were otherwise responsible for which caused Plaintiff to fall, resulting in serious injury.

17. At all times material hereto, Defendants were negligent in that they failed to warn Plaintiff of a dangerous condition on the Property which caused Plaintiff to fall, resulting in serious

injury.

18. Defendants were negligent in that they did not keep the Property in a reasonably safe condition for the general public and invitees, including Plaintiff.

## PLAINTIFF'S FIRST CLAIM FOR RELIEF
***Premises Liability***

19. Plaintiff restates and realleges the allegations set forth in paragraphs 1-18 as though fully set forth herein.

20. Upon information and belief, Defendants were landowners of the Property at the time of the incident as that term is defined under the Colorado Premises Liability Act. *See* CRS § 13-21-115(1).

21. Upon information and belief, no other entity or individual held any legally recognized interest in the Property, and no other entity or individual exercised control over the Property.

22. At all times relevant, Plaintiff was an invitee.

23. As an invitee, Defendants owed Plaintiff a non-delegable duty to exercise reasonable care to protect against dangers of which they actually knew or should have known.

24. Defendants failed to inspect and remedy the dangerous condition on the Property in the form of snow and/or ice.

25. Defendants failed to warn members of the public, including Plaintiff, of the dangerous condition on the Property in the form of snow and/or ice.

26. Defendants, acting through their agents, servants, and/or employees were negligent in their ownership, maintenance and/or control of the Property.

27. As a direct and proximate result of the negligence of Defendants, Plaintiff has suffered injuries and damages, including, but not limited to, prescriptive medications, medical services, permanent physical disfigurement, disability and impairment, past and future medical expenses, past and future lost earnings, impairment to future earning capacity, past and future pain and suffering, emotional injury, loss of consortium and loss of enjoyment of life.

28. Plaintiff's injuries, losses, and damages are either permanent and/or continuing in nature.

## REQUEST FOR TRIAL BY JURY

29. Plaintiff demands trial by jury for all claims set forth herein.



**EXHIBIT A**

WHEREFORE, Plaintiff, Janice Sattler, respectfully requests that judgement be entered in her favor and against Defendants, Target Corporation and GKT Thorncreek Plaza, LLC, in an amount which will fully compensate her for all damages she has sustained to the full extent allowed by law, including, without limitation, economic, noneconomic, and physical impairment and disfigurement damages as provided for under Colorado law as well as interest, costs, and such other relief as the Court deems just and appropriate.

Respectfully submitted this 2nd day of October, 2024.

**RAMOS LAW**

*/s/ Phillip Reither*
Phillip T. Reither, #51618
*This pleading was filed electronically pursuant to Rule 121 § 1-26. Original signed pleading is on file in counsel's office.*

Plaintiff's Address:
c/o RAMOS LAW
10190 Bannock Street, Suite 200
Northglenn, Colorado 80260



EXHIBIT A